STEVEN T. GUBNER - Bar No. 156593
RICHARD D. BURSTEIN - Bar No. 56661
ROBYN B. SOKOL - Bar No. 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:        sgubner@ebg-law.com
                 rburstein@ebg-law.com
                 rsokol@ebg-law.com

Special Counsel for Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

OCT 02 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN GOLSHAN, an individual,<br><br>Defendant. | Case No. 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. Case No. 2:11-ap-01278-BR<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING**<br><br>Date:  October 3, 2012<br>Time:  2:00 p.m.<br>Place: Courtroom 1668<br>         United States Bankruptcy Court<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

The Court having considered the Stipulation for Dismissal ("Stipulation") filed concurrently herewith [Docket No. 17] by the parties to the above-captioned adversary proceeding; and good cause appearing therefor,

/ / /

/ / /

/ / /

1

663891

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved;

2. The above captioned adversary proceeding is dismissed with prejudice; and

3. Each of the parties shall bear his own fees and costs.

# # #

DATED: October 2, 2012

United States Bankruptcy Judge

663891

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA  91367**

A true and correct copy of the foregoing document entitled (*specify*): **ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 2, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Office of the United States Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA  90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 2, 2012, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| VIA OVERNIGHT MAIL | VIA EMAIL |
|---|---|
| Honorable Barry Russell | Attorneys for Defendant |
| United States Bankruptcy Court | Law Offices of Saul Reiss, APC |
| Los Angeles Division – Roybal Federal Bldg. | Saul Reiss |
| 255 E. Temple Street, Suite 1660 | 2800 28th Street, Suite 328 |
| Los Angeles, CA  90012 | Santa Monica, CA  90405 |
|  | Email: reisslaw@verizon.net |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 2, 2012 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

663891

3

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of October 2, 2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Richard Burstein    rburstein@ebg-law.com, ecf@ebg-law.com
- Saul Reiss    reisslaw@verizon.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

663891